US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: **8/16/16**

TIME SPENT: _____

DOCKET NO. **16 CV 1085**

CASE: **Polanco v Bensonhurst**

____ INITIAL CONFERENCE                ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE              ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE             ____ TELEPHONE CONFERENCE
____ MOTION HEARING                    ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED                         ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

**RULINGS:** Parties to explore settlement and confer on discovery issues. Settlement conf. **9/23 at 1000**. Clients are Ordered to attend.