JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

February 11, 2022

**VIA ECF**

Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: **Polanco v. Bensonhurst Restaurant Corp.**
     **No. 16 CV 01085**

Dear Judge Pollak:

  We represent the Plaintiffs in the above-referenced action. The Court previously set a deadline of February 14, 2022 for Defendants to retain new counsel or for Defendant Theodoros Vlamis to appear *pro se*. I respectfully request that the Court hold this deadline in abeyance, as the parties are currently engaged in settlement discussions. If the parties are able to reach a settlement in principle, we anticipate that we will do so within the next two weeks. Accordingly, I respectfully request that the parties submit a status update by February 28, 2022. We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Denise A. Schulman
            Denise A. Schulman

cc: Theodoros Vlamis