# Exhibit 4



1/21/22

DOB: 8/25/69

Re: Jose Polanco


To whom it may concern,


This is to inform you that Mr. Jose Polanco is currently at Rockaway Care Center for long term care. He was admitted to the facility on 2/7/2020 and does not have any plans to return to the community. He is currently incapacitated and cannot make any of his needs known therefore staff must anticipate all of his needs.


If you have any further questions please feel free to reach out to me.


Thank you,

Dr H Eyituoyo

Director of Social Services

Rockaway Care Center

718 471 5000

353 Beach 48th St, Far Rockaway, NY 11691